UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23234

TUSHBABY, INC.,

    Plaintiff,

 v.

 SHIAON, a Foreign Corporation,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that in compliance with this Court's Order dated September 11, 2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt No. 9), was served via email upon Tamara Rant, CEO of TushBaby, Inc.

Dated: September 11, 2024                     Respectfully submitted,

                                                 **BOIES SCHILLER FLEXNER LLP**

                                                 */s/ Marshall Dore Louis*
                                                 Marshall Dore Louis (FL Bar No. 512680)
                                                 100 SE 2nd Street, Suite 2800
                                                 Miami, FL 33131
                                                 Telephone: (305) 539 8400
                                                 E-mail: mlouis@bsfllp.com

                                                 *Attorney for Plaintiff TushBaby, Inc.*